## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ROGER H. KAYE,
ROGER H. KAYE, MD PC,
       Plaintiffs,                               Case No. 3:18-cv-00026 - VAB
  V.

MD TLC, INC.,
FLO GOSHGARIAN,
DIANNE QUIBELL,
       Defendants.

### JUDGMENT

     This matter came on for consideration of the defendants' motion to dismiss doc. # 12, before the Honorable Victor A. Bolden, United States District Judge. The Court has reviewed all of the papers filed in conjunction with the motion and on July 20, 2018 a ruling entered granting the relief requested.

     It is therefore ORDERED, ADJUDGED and DECREED that judgment is entered in favor of the defendants, MD TLC, INC., Flo Goshgarian and Dianne Quibell and the case is closed.

     Dated at Bridgeport, Connecticut, this 23rd day of July 2018.

                                                                       ROBIN D. TABORA, Clerk

                                                                       By   /s/ Kristen Gould
                                                                             Kristen Gould
                                                                             Deputy Clerk

<u>EOD: 07/23/18</u>